```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                                    :
ANTHONY WHITE,                      :
                                    :
            Petitioner,             :   Civ. No. 20-2520 (NLH)
                                    :
      v.                            :   MEMORANDUM OPINION & ORDER
                                    :
                                    :
PATRICK NOGAN, et al.,              :
                                    :
            Respondents.            :
_____:
```

APPEARANCE:

Anthony White
801156B
Northern State Prison
168 Frontage Rd.
P.O. Box 2300
Newark, NJ 07114
    Petitioner Pro se

HILLMAN, District Judge

WHEREAS, Petitioner Anthony White filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 27, 2020, see White v. Nogan, No. 20-1158 (D.N.J. Jan. 27, 2020) ECF No. 1; and

WHEREAS, the Court administratively terminated the petition because Petitioner did not submit the filing fee or a complete in forma pauperis application, id. ECF No. 2. Petitioner also did not use the most recent form for § 2254 proceedings, id.; and

WHEREAS, the Clerk's office received a petition on the appropriate form accompanied by an in forma pauperis application from Petitioner on March 9, 2020, ECF No. 1. However, it was inadvertently given a new civil action number, No. 20-2520; and

WHEREAS, the Court will order the Clerk to file Docket Entry 1 of Civil Action 20-2520 in Civil Action 20-1158 as an amended petition in order to preserve Petitioner's original filing date. Civil Action 20-2520 shall be closed, and all further communication with the Court shall reference Civil Action 20-1158,

THEREFORE, IT IS on this  23rd  day of March, 2020

ORDERED that the Clerk shall file Docket Entry 1 of Civil Action 20-2520 into Civil Action 20-1158 as an amended petition; and it is further

ORDERED that Civil Action 20-2520 shall be closed. All further communication with the Court shall reference Civil Action 20-1158; and it is finally

ORDERED that the Clerk shall send a copy of this order to Petitioner by regular mail.

At Camden, New Jersey

                                            s/ Noel L. Hillman
                                            NOEL L. HILLMAN, U.S.D.J.